UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JONATHAN ZAMORANO, | ) |
| Plaintiff, | ) Case No. EDCV 08-01163 AJW |
| v. | ) **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

DATED: June 15, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge